IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PLACIDO SERVIN-GOMEZ,

    Plaintiff,                               CV F 05 1078 AWI WMW P

    vs.

CORRECTIONAL CORP. OF AMERICA, et al.,

    Defendants.                       ORDER RE FINDINGS & RECOMMENDATIONS (#6 )

       Plaintiff, a federal prisoner proceeding pro se, has filed this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On September 30, 2005, the magistrate judge filed Findings and Recommendations that recommended this action be dismissed for plaintiff's failure to follow a court order, which had required plaintiff to file an amended complaint.   The Findings and Recommendations were served on plaintiff and which contained notice to plaintiff that any

1

objections to the Findings and Recommendations were to be filed within twenty (20) days. Plaintiff has not filed objections.

Although it appears from the file that plaintiff's copy of the Findings and Recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(d), service of documents at the record address of the party is fully effective.

The court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed September 30, 2005, are adopted in full; and

2. This action is dismissed without prejudice for failure to obey a court order.

IT IS SO ORDERED.

**Dated:   February 14, 2006**           /s/ Anthony W. Ishii
0m8i78                                                 UNITED STATES DISTRICT JUDGE

2